# Court of Appeals
# of the State of Georgia

ATLANTA, December 19, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0141.   KALENDAR ICOZ v. COMMERCIAL CABINETRY OF GEORGIA, et al.**

Kalendar Icoz seeks discretionary review of the superior court's October 19, 2012, order dismissing his appeal from an order of the State Board of Workers' Compensation.  We lack jurisdiction because Icoz's application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Icoz filed his application on November 20, 2012, which was 32 days after entry of the order he seeks to appeal.[1]  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/19/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*

---

[1] The 30th day following the trial court's order fell on Sunday, November 18, 2012, so the application was due the following Monday, November 19, 2012.  See OCGA § 1-3-1 (d) (3).